# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NATURAL PRODUCTS GROUP, LLC, et al.,[1] | ) | Case No. 10-10239 (BLS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF JOHN S. FRANKS OF ALIXPARTNERS, LLP REGARDING THE MAILING, VOTING AND TABULATION OF BALLOTS ACCEPTING OR REJECTING PREPACKAGED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR NATURAL PRODUCTS GROUP, LLC AND ITS AFFILIATED DEBTORS

| STATE OF TEXAS | ) | |
|---|---|---|
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. Natural Products Group, LLC and its affiliated debtors in these Chapter 11 proceedings (the "Debtors") retained AlixPartners as their Claims, Notice and Balloting Agent pursuant to an engagement letter dated November 19, 2009. In such capacity, AlixPartners assisted the Debtors with the service of solicitation packages on the lenders under the Debtors' prepetition OpCo Credit Agreement[2] and prepetition HoldCo Credit Agreement in connection with the solicitation of votes to accept or reject the Out-of-Court Transaction and the

---

[1] The debtors and debtors in possession in these cases are Natural Products Group, LLC (Fed. EIN 86-1119470); Arbonne Intermediate Holdco, Inc. (Fed. EIN 87-0735363); Levlad Intermediate Holdco, Inc. (Fed. EIN 87-0735367); Arbonne International, LLC (Fed. EIN 33-0762250); Levlad, LLC (Fed. EIN 95-2973496); Arbonne Institute of Research and Development, LLC (Fed. EIN 33-0762250); Arbonne International Holdings, Inc. (Fed. EIN 20-5585671); and Arbonne International Distribution, Inc. (Fed. EIN 20-5585608).

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Disclosure Statement and Plan, which have been filed concurrently herewith.

prepackaged Joint Chapter 11 Plan of Reorganization of Natural Products Group, LLC and Its Affiliated Debtors (the "Plan").

**Service of Solicitation Packages**

4. I hereby certify that on January 13, 2010, I commenced to be served the following:

> (a) **Solicitation materials served on all parties on the attached Exhibits "A" and "B" via Overnight FedEx or USPS Express Mail, postage prepaid, and/or electronic mail, including the following items:**
>
> - Proposal To Restructure, Disclosure Statement And Solicitation of Acceptances of a Prepackaged Plan of Reorganization (the "Disclosure Statement" ).
>
> - Pre-addressed, postage pre-paid return envelope.
>
> (b) **Solicitation materials served on all parties on the attached Exhibit "A" via Overnight FedEx or USPS Express Mail, postage prepaid, and/or electronic mail, including the following items:**
>
> - OpCo Ballot for Holders of Class 2 – OpCo Lender Claims (format of Schedule 4 of Disclosure Statement ).
>
> (c) **Solicitation materials served on all parties on the attached Exhibit "B" via Overnight FedEx, postage prepaid, and/or electronic mail, including the following items:**
>
> - Holdco Ballot for Holders of Class 3 – HoldCo Lender Claims (format of Schedule 4 of the Disclosure Statement).

5. The procedures for the solicitation and tabulation of votes on the Plan (Schedule 3 of the Disclosure Statement) established a Voting Deadline of January 27, 2010 at 12:00 noon (Prevailing Eastern Time). Pursuant to the Disclosure Statement, the Debtors reserved the right to extend the Voting Deadline in their sole discretion. The Debtors extended the Voting Deadline to January 27, 2010 at 1:30 p.m. (Prevailing Eastern Time).

6. AlixPartners was designated to review, determine the validity of, and tabulate ballots submitted to vote for acceptance or rejection of the Plan by the holders of Claims in Class 2 – OpCo Lender Claims and Class 3 – HoldCo Lender Claims (the "Voting Classes"). I

supervised the tabulation procedures by personnel of AlixPartners with respect to the Voting Classes.

7. The professionals of AlixPartners have considerable experience in tabulating the ballots of creditors with respect to plans of reorganization.

8. AlixPartners, as Solicitation Agent, received and performed the tabulation of the ballots accepting or rejecting the Plan. In order for a ballot to be counted as valid, the ballot must have been properly completed in accordance with the Disclosure Statement and executed by the holder of a Claim, or such holder's authorized representative, and must have been received by AlixPartners by the Voting Deadline.

9. AlixPartners received and tabulated the physical ballots as follows:

- Each returned ballot was opened and inspected at AlixPartners' office.
- Ballots were then date stamped.
- All ballots received after the Voting Deadline were entered into the voting database.

10. The results of the balloting tabulations are summarized below. The balloting tabulation summary is also included in the table annexed as Exhibit "C" along with the balloting tabulation detail by individual voter. The charts set forth below show the total voting results for the Voting Classes that were tabulated by AlixPartners. The information set forth in the tables annexed as Exhibit "C" were compiled from all ballots received by AlixPartners by the Voting Deadline.

**Number/Amount of Ballots by Class:**

| Classes | Ballots by Class | |
|---|---|---|
| | Amount of Ballots Cast | Number of Ballots Cast |
| Class 2 – OpCo Lender Claims | $504,584,570.10 | 118 |
| Class 3 – HoldCo Lender Claims | $186,226,619.11 | 10 |

**Voting Detail:**

| Classes | Total Ballots Received | | | |
|---|---|---|---|---|
| | Accept | | Reject | |
| | Amount | Number | Amount | Number |
| Class 2 – OpCo Lender Claims | $504,584,570.10<br>100.0% | 118<br>100.0% | $0.00<br>0.0% | 0<br>0.0% |
| Class 3 – HoldCo Lender Claims | $186,226,619.11<br>100.% | 10<br>100.0% | $0.00<br>0.0% | 0<br>0.0% |

11. To the best of my knowledge, information and belief, I hereby declare and state that the foregoing information concerning the distribution, submission and tabulation of ballots in connection with the Disclosure Statement and Plan is true and correct. The ballots received by AlixPartners are stored at AlixPartners' office, and are available for inspection by or submission to the court.

Executed on Jan. 27, 2010

_____
John S. Franks

Sworn to and subscribed before me this 27th day of January 2010

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

_____  
(SEAL)    Notary Public

5

# Exhibit A

| Priority Overnight FedEx | USPS | E-Mail | Name | Contact 1 | Address 1 | Address 2 | City | State | Zip | # of ballots | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X | | | ACA MANAGEMENT | JASON CALLEJA | 140 BROADWAY | | NEW YORK | NY | 10005 | 1 | |
| X | | | ALADDIN CAPITAL | James Bragg | C/O ALADDIN CAPITAL MANAGEMENT LLC | Six Landmark Square, 6th Floor | STAMFORD | CT | 6901 | 8 | |
| X | | | ALCENTRA INC. | Edward M. Vietor | Alcentra | 200 Park Avenue | New York | NY | 10166 | 1 | |
| X | | | ALCENTRA INC. | Jay Kwan | 601 Travis St, 17th Floor | | Houston | TX | 77002 | 1 | |
| X | | | ALLIANCE BERNSTEIN | TRACY POWERS | 1345 AVE OF THE AMERICAS 37THFL | | NEW YORK | NY | 10105 | 4 | |
| X | | | ALLIED CAPITAL CORP | DOUGLAS M WADDILL | 450 PARK AVE FL 10 | | NEW YORK | NY | 10022-2605 | 2 | |
| X | | | ALLIED CAPITAL CORP | JOHN RESTIVO | 135 EAST 57TH STREET | 19TH FLOOR | NEW YORK | NY | 10022 | 1 | |
| X | | | ANTARES CAPITAL CORP | AMIR WASEEM | C/O JP MORGAN CHASE BANK | 600 TRAVIS STREET | HOUSTON | TX | 77002 | 1 | |
| X | | | ANTARES CAPITAL CORP | Salah Nashashibi | C/O ANTARES ASSET MANAGEMENT | 311 SOUTH WACKER DRIVE | CHICAGO | IL | 60606 | 1 | |
| X | | | APIDOS CAPITAL | JEFF HARRISON | 712 5TH AVE 10TH FL | | NEW YORK | NY | 10019 | 1 | |
| X | | | APIDOS CAPITAL | JENNIFER BASSO | 712 FIFH AVE 10TH FL | | NEW YORK | NY | 10019 | 1 | |
| X | | | APIDOS CAPITAL | Jennifer Patrickakos | 712 5TH AVENUE 10TH FLOOR | | NEW YORK | NY | 10019 | 1 | |
| X | | | APIDOS CAPITAL | MYSTI FARRIS | C/O APIDOS CAPITAL MANAGEMENT LLC | 712 FIFTH AVENUE | NEW YORK | NY | 10019 | 1 | |
| X | | | APIDOS CAPITAL MGMT | CHARLES JANZ | C/O ACA MANAGEMENT LLC | 140 BROADWAY | NEW YORK | NY | 10005 | 1 | |
| X | | | APIDOS CAPITAL MGMT | CHRIS KOSCINSKI | C/O APIDOS CAPITAL MANAGEMENT | 712 5TH AVE FL 10 | NEW YORK | NY | 10019-4108 | 1 | |
| X | | | APIDOS CAPITAL MGMT | DANIEL DRAKE | C/O APIDOS CAPITAL MANAGEMENT LLC | 712 5TH AVE FL 10 | NEW YORK | NY | 10019-4108 | 1 | |
| X | | X | Ares Capital Corporation | Jay Heirshberg | 280 Park Avenue | | New York | NY | 10017 | 1 | jheirshberg@aresmgmt.com |
| X | | | AVENUE CAPITAL | DOREEN NITOLLANO | C/O AVENUE CAPITAL | 535 MADISON AVE. 15TH FL | NEW YORK | NY | 10022 | 2 | |
| X | | | AVENUE CAPITAL | KRISTEN REGA | C/O AVENUE CAPITAL | 535 MADISON AVENUE | NEW YORK | NY | 10022 | 4 | |
| X | | | CANYON CAPITAL ADV | Lena M. Najarian Kaderali | C/O Canyon Capital Advisors LLC | 2000 Avenue of the Stars, 11th Floor | LOS ANGELES | CA | 90067 | 4 | |
| X | | | CANYON CAPITAL ADV | SYLVIA BAO | 9665 WILSHIRE BOULEVARD | SUITE 200 | BEVERLY HILLS | CA | 90210 | 1 | |
| X | | | CC Arbitrage LLC | Chris Banner | 111 W JACKSON BLVD FL 20 | | CHICAGO | IL | 60604-3523 | 1 | |
| X | | | CC Arbitrage LLC | Nick Pavlovich | 540 W MADISON ST STE 1900 | | CHICAGO | IL | 60661-2591 | 1 | |
| X | | | CIBC | Angela Tom | 40 Dundas Street West, 5th Floor | | Toronto | ON | M5G2C2 | 1 | |
| X | | | CIBC | Charles Mulkeen | 425 Lexington Avenue | | NEW YORK | NY | 10017 | 1 | |
| X | | | CIFC Funding 2007- IV Ltd. | Tracey Navin Ewing | 250 PARK AVE FL 5 | | NEW YORK | NY | 10177-0001 | 1 | |
| X | | | CIT | VICTOR CHEVALLIER | 900 ASHWOOD DRIVE | SUITE 600 | ATLANTA | GA | 30338 | 1 | |
| X | | | COLUMBUS NOVA CREDIT | Glenn Duffy | 200 S. Tryon Street, 12th Floor | | Charlotte | NC | 28202 | 3 | |
| | X | | COMERICA BANK | RAYMOND SYKES | P.O BOX 75000 | | DETROIT | MI | 48275-3329 | 1 | |
| X | | | CREDIT SUISSE,CAYMAN ISLANDS BRANCH | DERRICK RAY | 11 MADISON AVENUE | | NEW YORK | NY | 10010 | 1 | |
| X | | | CSAM | Louis I. Farano | Credit Suisse | ELEVEN MADISON AVENUE, 13TH FLOOR | NEW YORK | NY | 10010 | 5 | |
| X | | | CSFB | Ashwinee Sawh | CREDIT SUISSE | One Madison Avenue, 2nd Floor | NEW YORK | NY | 10010 | 1 | |
| X | | | CYPRESSTREE | Rod Landis | ONE BOSTON PLACE | 16TH FLOOR | BOSTON | MA | 2108 | 4 | |
| X | | | DEERFIELD CAPITAL | Phyllis Zavala | C/O DEERFIELD CAPITAL MANAGEMENT | 6250 N. River Road, 9th Floor | Rosemont | IL | 60018 | 9 | |
| X | | | DENALI CAPITAL | Stephanie L. Bratcher | C/O DENALI CAPITAL LLC | 2001 Spring Road, Suite 220 | OAK BROOK | IL | 60523 | 5 | |
| X | | | EOS PARTNERS LP | Jason Pike | C/O EOS PARTNERS LP | 320 PARK AVE | NEW YORK | NY | 10022-6815 | 1 | |
| X | | | EOS PARTNERS LP | Jay Appel | 320 PARK AVE FL 9 | | NEW YORK | NY | 10022-6815 | 1 | |
| X | | | Freeport Financial | David Cohen | 3600 S LAKE DR | | SAINT FRANCIS | WI | 53235-3716 | 1 | |
| X | | | FREEPORT FINANCIAL | MATTHEW M. GERDES | 500 West Madison Street | Suite 1710 | Chicago | IL | 60661 | 3 | |
| X | | | GENERAL ELECTRIC | BARIS AKKAYA | 500 WEST MONROE | 18TH FLOOR | CHICAGO | IL | 60661 | 1 | |
| X | | | GENERAL ELECTRIC CAPITAL | Daniel Wallitt | General Electric Capital | 201 Merritt 7 | Norwalk | CT | 6851 | 1 | |
| X | | | GOLDMAN SACHS | Bianca Carvalho | 52 Old Slip, 24th Floor | Goldman Sachs Asset Mgmt | New York | NY | 10005 | 1 | |
| X | | | GSCP NJ LP | Seth Katzenstein | GSC Group | 300 Campus Drive, Suite 110 | FLORHAM PARK | NJ | 7932 | 7 | |
| X | | | GXG/STANFIELD | GINA PAGEOT | 540 MADISON AVE STE 21A | | NEW YORK | NY | 10022-3244 | 1 | |
| X | | | ING | DEREK GRIEST | C/O ING INVESTMENT MANAGMENT CO. | 7337 E DOUBLETREE RANCH RD | SCOTTSDALE | AZ | 85258-2160 | 1 | |
| X | | | ING | IKHLAS HUSSAIN | 7337 E. DOUBLETREE RANCH ROAD | | SCOTTSDALE | AZ | 85258 | 2 | |
| X | | | ING | LOAN SERVICING UNIT | C/O ING INVESTMENT MANAGEMENT CO. | 7337 E. DOUBLETREE RANCH ROAD | SCOTTSDALE | AZ | 85258 | 1 | |
| X | | | ING | MARK GRANDE | 7337 E. DOUBLETREE RANCH ROAD | | SCOTTSDALE | AZ | 85258 | 1 | |
| X | | | JPMORGAN CHASE BANK | Samantha Hamerman | 4 New York Plaza | | New York | NY | 10004 | 1 | |
| X | | | KATONAH | Sean Kadden | C/O KATONAH CAPITAL | 295 Madison Avenue, Floor 6 | NEW YORK | NY | 10017 | 5 | |
| X | | | LOOMIS SAYLES | Mary McCarthy | C/O LOOMIS SAYLES | ONE FINANCIAL CENTER | BOSTON | MA | 2111 | 2 | |

OpCo Ballot Recipients

| Priority Overnight FedEx | USPS | E-Mail | Name | Contact 1 | Address 1 | Address 2 | City | State | Zip | # of ballots | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X | | | LUFKIN ADVISORS | Kirk Wallace | 1850 Gateway Drive, Suite 650 | | San Mateo | CA | 94404 | 1 | |
| X | | | LUFKIN ADVISORS | MIKE FRENETTE | 1850 Gateway Drive, Suite 650 | | San Mateo | CA | 94404 | 1 | |
| X | | | LUFKIN ADVISORS | NICHOLAS CHAN | 1850 Gateway Drive, Suite 650 | | San Mateo | CA | 94404 | 1 | |
| X | | X | MJX ASSET MANAGEMENT | C. BROADSTONE | Global Corporate Trust - CDO Group | 601 Travis, 17th Floor | Houston | TX | 77002 | 1 | Christopher.Broadstone@bnymellon.com |
| X | | | MJX ASSET MANAGEMENT | CHRISTINE XU | C/O BARCLAYS CAPITAL ASSET MGMT | 222 BROADWAY | NEW YORK | NY | 10038 | 1 | |
| X | | | MJX ASSET MANAGEMENT | Christine Xu/Elizabeth Burnett | 12 E. 49TH STREET | 29TH FLOOR | NEW YORK | NY | 10017 | 1 | |
| X | | | MJX ASSET MANAGEMENT | ELAINA CONLEY | C/O MJX ASSET MANAGEMENT LLC | 650 MADISON AVENUE | NEW YORK | NY | 10022 | 1 | |
| X | | X | MJX ASSET MANAGEMENT | GENE VLADIMIROV | 12 E 49TH ST FL 29 | | NEW YORK | NY | 10017-1028 | 1 | Gene.vladimirov@bankofamerica.com |
| X | | | MJX ASSET MANAGEMENT | GREGORY M. HANCOCK | 12 E 49TH STREET | 29TH FLOOR | NEW YORK | NY | 10017 | 1 | |
| X | | | MJX ASSET MANAGEMENT | MANISHA SINGH | 200 PARK AVENUE | 3RD FLOOR | NEW YORK | NY | 10166 | 1 | |
| X | | | MJX ASSET MANAGEMENT | Rizky Ridwan/Elizabeth Burnett | 12 E. 49TH STREET | 29TH FLOOR | NEW YORK | NY | 10017 | 1 | |
| X | | | MORGAN STANLEY | LIZ BODISCH | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020-1001 | 1 | |
| X | | | MORGAN STANLEY | MARTIN TELFORD | C/O TAX DEPARTMENT | 1585 BROADWAY FL 25 | NEW YORK | NY | 10036 | 1 | |
| X | | | MORGAN STANLEY | Robert Drobny | Morgan Stanley, Senior Loan Group | One Parkview Plaza - 4th Floor | Oakbrook Terrace | IL | 60181 | 4 | |
| X | | | MORGAN STANLEY | Robert Drobny | Morgan Stanley, Senior Loan Group | One Parkview Plaza - 4th Floor | Oakbrook Terrace | IL | 60181 | 1 | |
| X | | | MOUNTAIN CAPITAL ADV | Daniel Vigano and John Doyle | C/O MIZUHO CORPORATE BANK | 1141 Avenue of the Americas | NEW YORK | NY | 10036 | 3 | |
| X | | | MOUNTAIN CAPITAL ADV | DAVID RAMSEY | 1251 AVENUE OF THE AMERICAS FL 30 | | NEW YORK | NY | 10020-1104 | 1 | |
| X | | | OAKTREE CAPITAL MGMT | Bill Casperson | 1301 AVENUE OF THE AMERICAS | 34TH FLOOR | New York | NY | 10019 | 1 | |
| X | | | OPPENHEIMER FUNDS | Anthony Arnese | 6801 S Tucson Way | | Centennial | CO | 80112 | 3 | |
| X | | | TCW ADVISORS | DAVID HUANG | 11100 SANTA MONICA BLVD STE 2000 | | LOS ANGELES | CA | 90025-3335 | 1 | |
| X | | | TRICADIA CAPITAL | Caitlin A. Gansfuss | Tricadia Loan Management, LLC | 780 Third Ave, 22nd floor | NEW YORK | NY | 10017 | 2 | |
| X | | | TWIN HAVEN CAPITAL | Michael Vinci | 33 Riverside Avenue, 3rd Floor | | Westport | CT | 6880 | 1 | |
| X | | X | WESTLB AG, NEW YORK BRANCH | JENARO SARASOLA | 1211 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | 1 | gede_antara@westlb.com |

Exhibit B

HoldCo Ballot Recipients

| Priority Overnight FedEx | USPS | Email | Name | Contact 1 | Address 1 | Address 2 | City | State | Zip | # of ballots | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **X** | | | AEA Investors | James Villa | One Stamford Plaza, 12th Floor | 263 Tresser Boulevard | Stamford | CT | 06901 | 3 | |
| **X** | | | APOLLO INVESTMENT CORPORATION | Joseph Arthurs | 9 West 57th Street | 14th Floor | New York | NY | 10019 | 1 | |
| **X** | | | Deerfield Capital LLC | Thora Frihart/Phyllis Zavala | 6250 North River Road | | Rosemont | IL | 60018 | 1 | |
| **X** | | | GCM | Jennifer Weiss | 767 Fifth Avenue | | New York | NY | 10153 | 3 | |
| **X** | | **X** | Canyon Capital Advisors | Anton Kawalsky | 2000 Avenue of the Stars, 11th Floor | | Los Angeles | CA | 90067 | 1 | akawalsky@CanyonPartners.com |
| **X** | | **X** | Oaktree Capital Management L.P. | Shahab Rashid | Oaktree Capital Management L.P. | 1301 Ave of the Americas - 34th Floor | New York | NY | 10019 | 1 | srashid@oaktreecap.com |

Exhibit C

Balloting Tabulation Data

| | **Balloting Tabulation Summary** | |
|---|---:|---:|
| | **OpCo** | **HoldCo** |
| Number of Ballots Cast | 118 | 10 |
| Amount of Ballots Cast | $504,584,570.10 | $186,226,619.11 |
| Number Accepting | 118 | 10 |
| Amount Accepting | $504,584,570.10 | $186,226,619.11 |
| Amount Rejecting | - | - |
| Number Rejecting | 0 | 0 |

**Votes For the Plan**

| Lender Name | Fund Manager | Type of Ballot |
|---|---|---|
| AEA Mezzanine Funding B LLC | | HoldCo |
| AEA Mezzanine Funding LLC | | HoldCo |
| AEA MEZZANINE UNLEVERAGED FUND LP | | HoldCo |
| APOLLO INVESTMENT CORPORATION | | HoldCo |
| Canpartners Investments IV LLC | | HoldCo |
| Deerfield Capital LLC | | HoldCo |
| GCM Little Arbor Institutional Partners LP | | HoldCo |
| GCM Little Arbor Master Fund Ltd | | HoldCo |
| GCM Little Arbor Partners LP | | HoldCo |
| | | |
| ACA CLO 2005-1, LIMITED | APIDOS CAPITAL MGMT | OpCo |
| ACA CLO 2006-1 LIMITED | ACA MANAGEMENT | OpCo |
| ACA CLO 2006-2, LIMITED | APIDOS CAPITAL MGMT | OpCo |
| ACA CLO 2007-1, LIMITED | APIDOS CAPITAL MGMT | OpCo |
| APIDOS CDO II | APIDOS CAPITAL | OpCo |
| APIDOS CDO III | APIDOS CAPITAL | OpCo |
| APIDOS CDO V | APIDOS CAPITAL | OpCo |
| APIDOS CINCO CDO | APIDOS CAPITAL | OpCo |
| ATRIUM VI | CSAM | OpCo |
| AVENUE CLO FUND, LTD. | AVENUE CAPITAL | OpCo |
| AVENUE CLO II, LTD. | AVENUE CAPITAL | OpCo |
| AVENUE CLO III, LTD | AVENUE CAPITAL | OpCo |
| AVENUE CLO IV, LTD | AVENUE CAPITAL | OpCo |
| AVENUE CLO V, LTD. | AVENUE CAPITAL | OpCo |
| AVENUE CLO VI, LTD. | AVENUE CAPITAL | OpCo |
| BRIDGEPORT CLO II LTD. | DEERFIELD CAPITAL | OpCo |
| BRIDGEPORT CLO LTD. | DEERFIELD CAPITAL | OpCo |
| BURR RIDGE CLO PLUS LTD. | DEERFIELD CAPITAL | OpCo |
| CANPARTNERS INVESTMENTS IV, LLC | CANYON CAPITAL ADV | OpCo |
| CANYON CAPITAL CLO 2004-1 LTD. | CANYON CAPITAL ADV | OpCo |
| CANYON CAPITAL CLO 2006-1 LTD. | CANYON CAPITAL ADV | OpCo |
| CANYON CAPITAL CLO 2007-I LTD. | CANYON CAPITAL ADV | OpCo |
| CANYON SPECIAL OPPORTUNITIES MASTER | CANYON CAPITAL ADV | OpCo |
| CIT GROUP/EQUIPMENT FINANCING, INC. | CIT | OpCo |
| COLTS 2007-1 LTD. | WACHOVIA BANK | OpCo |
| COLUMBUSNOVA CLO IV LTD. 2007-II | COLUMBUSNOVA CREDIT | OpCo |
| COLUMBUSNOVA CLO LTD. 2006-II | COLUMBUS NOVA CREDIT | OpCo |
| COLUMBUSNOVA CLO LTD. 2007-I | COLUMBUS NOVA CREDIT | OpCo |
| CONFLUENT 3 LIMITED | MORGAN STANLEY | OpCo |
| CONFLUENT 4 LIMITED | LOOMIS SAYLES | OpCo |
| CUMBERLAND II CLO LTD | DEERFIELD CAPITAL | OpCo |
| DENALI CAPITAL CLO IV, LTD | DENALI CAPITAL | OpCo |
| DENALI CAPITAL CLO V, LTD. | DENALI CAPITAL | OpCo |
| DENALI CAPITAL CLO VI, LTD | DENALI CAPITAL | OpCo |

Balloting Tabulation Data

## Votes For the Plan

| Lender Name | Fund Manager | Type of Ballot |
|---|---|---|
| DENALI CAPITAL CLO VII, LTD. | DENALI CAPITAL | OpCo |
| DENALI CAPITAL CREDIT OPPORTUNITY | DENALI CAPITAL | OpCo |
| FOREST CREEK CLO, LTD | DEERFIELD CAPITAL | OpCo |
| GREYROCK CDO LTD. | ALADDIN CAPITAL | OpCo |
| GSC CAPITAL CORP. LOAN FUNDING | GSCP NJ LP | OpCo |
| GSC GROUP CDO FUND VIII, LIMITED | GSCP NJ LP | OpCo |
| GSC PARTNERS CDO FUND IV, LIMITED | GSCP NJ LP | OpCo |
| GSC PARTNERS CDO FUND V LIMITED | GSCP NJ LP | OpCo |
| GSC PARTNERS CDO FUND VI LIMITED | GSCP NJ LP | OpCo |
| GSC PARTNERS CDO FUND VII LIMITED | GSCP NJ LP | OpCo |
| GSC PARTNERS GEMINI FUND LIMITED | GSCP NJ LP | OpCo |
| HARBOURVIEW CLO 2006-1 | OPPENHEIMER FUNDS | OpCo |
| JPMORGAN CHASE BANK |  | OpCo |
| KATONAH IX CLO LTD. | KATONAH | OpCo |
| KATONAH VII, CLO LTD. | KATONAH | OpCo |
| KATONAH VIII CLO LTD | KATONAH | OpCo |
| KATONAH X CLO LTD. | KATONAH | OpCo |
| KOHLBERG CAPITAL FUNDING LLC I | KOHLBERG CAPITAL | OpCo |
| LANDMARK III CDO LIMITED | ALADDIN CAPITAL | OpCo |
| LANDMARK IV CDO LIMITED | ALADDIN CAPITAL | OpCo |
| LANDMARK IX CDO LTD. | ALADDIN CAPITAL | OpCo |
| LANDMARK V CDO LIMITED | ALADDIN CAPITAL | OpCo |
| LANDMARK VI CDO LIMITED | ALADDIN CAPITAL | OpCo |
| LANDMARK VII CDO LTD | ALADDIN CAPITAL | OpCo |
| LANDMARK VIII CLO LTD | ALADDIN CAPITAL | OpCo |
| LATITUDE CLO I | LUFKIN ADVISORS | OpCo |
| LATITUDE CLO II LTD. | LUFKIN ADVISORS | OpCo |
| LATITUDE CLO III LTD. | LUFKIN ADVISORS | OpCo |
| LONG GROVE CLO, LIMITED | DEERFIELD CAPITAL | OpCo |
| LOOMIS SAYLES CLO I, LTD | LOOMIS SAYLES | OpCo |
| MADISON PARK FUNDING II, LTD | CSAM | OpCo |
| MADISON PARK FUNDING III, LTD | CSAM | OpCo |
| MADISON PARK FUNDING V LTD. | CSAM | OpCo |
| MADISON PARK FUNDING VI LTD. | CSAM | OpCo |
| MARKET SQUARE CLO LTD. | DEERFIELD CAPITAL | OpCo |
| MARQUETTE PARK CLO LTD | DEERFIELD CAPITAL | OpCo |
| MORGAN STANLEY INVESTMENT | MORGAN STANLEY | OpCo |
| MORGAN STANLEY PRIME INCOME TRUST | MORGAN STANLEY | OpCo |
| MSIM PECONIC BAY, LTD. | MORGAN STANLEY | OpCo |
| OCM MEZZANINE FUND II HOLDINGS L.P. | OAKTREE CAPITAL MGMT | OpCo |
| OPPENHEIMER MASTER LOAN FUND, LLC | OPPENHEIMER FUNDS | OpCo |
| OPPENHEIMER SENIOR FLOATING RATE FD | OPPENHEIMER FUNDS | OpCo |
| PACIFICA CDO VI, LTD. | ALCENTRA INC. | OpCo |
| QUALCOMM GLOBAL TRADING, INC. | MORGAN STANLEY | OpCo |
| SCHILLER PARK CLO, LTD. | DEERFIELD CAPITAL | OpCo |
| TWIN HAVEN SPECIAL OPPORTUNITIES | TWIN HAVEN CAPITAL | OpCo |
| WESTWOOD CDO II LTD. | ALCENTRA INC. | OpCo |
| ZODIAC FUND | MORGAN STANLEY | OpCo |

## Votes Against the Plan

| Lender Name | Fund Manager | Type of Ballot |
|---|---|---|
| No votes against the plan have been received. | | |