IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NATURAL PRODUCTS GROUP, LLC, et al.,[1] | ) | Case No. 10-10239 (BLS) |
| | ) | |
| | ) | (Pending Joint Administration) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 28, 2010 AT 10:00 A.M. (EASTERN TIME)

I. **VOLUNTARY PETITIONS**

1. Natural Products Group, LLC

2. Arbonne Intermediate Holdco, Inc.

3. Levlad Intermediate Holdco, Inc.

4. Arbonne International, LLC

5. Levlad, LLC

6. Arbonne Institute of Research and Development, LLC

7. Arbonne International Holdings, Inc.

8. Arbonne International Distribution, Inc.

---

[1] The debtors and debtors in possession in these cases are Natural Products Group, LLC (Fed. EIN 86-1119470); Arbonne Intermediate Holdco, Inc. (Fed. EIN 87-0735363); Levlad Intermediate Holdco, Inc. (Fed. EIN 87-0735367); Arbonne International, LLC (Fed. EIN 33-0762250); Levlad, LLC (Fed. EIN 95-2973496); Arbonne Institute of Research and Development, LLC (Fed. EIN 33-0762250); Arbonne International Holdings, Inc. (Fed. EIN 20-5585671); and Arbonne International Distribution, Inc. (Fed. EIN 20-5585608).

II. **MATTERS GOING FORWARD:**

1. Debtors' Motion for Joint Administration of Cases, filed on January 27, 2010 [Docket No. 2]

2. Debtors' Motion for Order (I) Authorizing Continued Use of Existing (A) Cash Management System and Bank Accounts and (B) Business Forms; (II) Authorizing Continued Postpetition Intercompany Transactions; and (III) Waiving Investment and Deposit Requirements, filed on January 27, 2010 [Docket No. 3]

3. Debtors' Motion for Authority to Pay Prepetition Wages, Compensation and Employee Benefits, filed on January 27, 2010 [Docket No. 4]

4. Debtors' Motion to Preserve the Arbonne Independent Consultants Network and, in Connection Therewith, for Authority to (A) Pay Certain Prepetition Claims; (B) Honor and Maintain Incentive Discounts and Other Rewards; and (C) Maintain Related Programs in the Ordinary Course, filed on January 27, 2010 [Docket No. 5]

5. Debtors' Motion for Authority to Serve Pleadings and Notices on the Arbonne Independent Consultants by Electronic Mail, filed on January 27, 2010 [Docket No. 6]

6. Debtors' Motion for Authority to Pay Prepetition Trust Fund Taxes in the Ordinary Course of Business, filed on January 27, 2010 [Docket No. 7]

7. Debtors' Motion for an Interim and Final Order (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service to the Debtors, (II) Deeming Utility Companies Adequately Assured of Future Payment and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance, filed on January 27, 2010 [Docket No. 8]

8. Debtors' Motion for Authority to Pay Certain Prepetition Claims of Vendors and Service Providers in the Ordinary Course of Business, filed on January 27, 2010 [Docket No. 9]

9. Debtors' Motion for Entry of an Order (I) Authorizing Debtors to (A) Maintain Insurance Program, (B) Maintain Insurance Premium Financing Program, (C) Pay Insurance Premiums in the Ordinary Course and (D) Pay all Obligations Associated Therewith; and (II) Preventing Insurance Companies from Giving any Notice of Termination or Otherwise Modifying any Insurance Policy Without Obtaining Relief from the Automatic Stay, filed on January 27, 2010 [Docket No. 10]

10. Debtors' Application for Order Authorizing and Approving the Employment and Retention of AlixPartners, LLP as Noticing, Claims and Balloting Agent in These Chapter 11 Cases Nunc Pro Tunc to the Petition Date, filed on January 27, 2010 [Docket No. 11]

11. Debtors' Motion for (I) Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Fed. R. Bankr. P. 2002, 4001 and 9014 (A) Authorizing Debtors to Obtain Postpetition Financing, (B) Authorizing Debtors to Use Cash Collateral, and (C) Granting Adequate Protection to Prepetition Secured Parties, and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b), (c) and (d), filed on January 27, 2010 [Docket No. 14]

   a) Declaration of Henry S. Hsu in Support of Debtors' Motion for (I) Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364 (c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Fed. R. Bankr. P. 2002, 4001 and 9014 (A) Authorizing Debtors to Obtain Postpetition Financing, (B) Authorizing Debtors to Use Cash Collateral, and (C) Granting Adequate Protection to Prepetition Secured Parties, and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b), (c) and (d), filed on January 27, 2010 [Docket No. 15]

12. Motion of the Debtors for an Order: (I) Scheduling a Combined Hearing to Consider: (A) Approval of the Disclosure Statement, (B) Approval of the Prepetition Solicitation Procedures and Forms of Ballots, and (C) Confirmation of the Prepackaged Plan; (II) Establishing Deadline and Procedures to Object to the Disclosure Statement and Prepackaged Plan; (III) Approving the Form and Manner of Notice of: (A) Commencement of the Chapter 11 Cases and (B) the Combined Hearing; (IV) Directing the Office of the United States Trustee to Not Convene a Meeting of Creditors or Appoint a Statutory Committee; and (V) Granting Related Relief, filed on January 27, 2010 [Docket No. 16]

Status:

All of the above matters will go forward.

III. **FIRST DAY AFFIDAVIT**

1. Affidavit of Mark I. Lehman in Support of First Day Motions and Applications, filed on January 27, 2010 [Docket No. 17]

IV. **PLAN RELATED DOCUMENTS**

1. Joint Prepackaged Chapter 11 Plan of Reorganization for Natural Products Group, LLC and its Affiliated Debtors, filed on January 27, 2010 [Docket No. 12]

2.  [Disclosure Statement] Proposal to Restructure, Disclosure Statement and Solicitation of Acceptances of a Prepackaged Plan of Reorganization, filed on January 27, 2010 [Docket No. 13]

3.  Affidavit of John S. Franks of AlixPartners, LLP Regarding the Mailing, Voting and Tabulation of Ballots Accepting or Rejecting Prepackaged Joint Chapter 11 Plan of ReOrganization for Natural Products Group LLC and Its Affiliated Debtors, filed on January 27, 2010 [Docket No. 18]

Status:

Copies of theses documents have been included herein for the convenience of the Court. These matters will not go forward at the first day hearing.

Dated: January 27, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

_____
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
John H. Strock (No. 4965)
Citizens Bank Center, Suite 1600
919 North Market Street
Wilmington, DE 19801
Telephone: (302) 654-7444

– and –

Thomas E Lauria
Craig H. Averch
Matthew C. Brown
WHITE & CASE LLP
Wachovia Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, Florida 33131
Telephone: (305) 371-2700

Proposed Attorneys for the Debtors
and Debtors in Possession