# SIGN-IN SHEET

**CASE NAME:** Natural (illegible) Gas  **COURTROOM NO.:** 1

**CASE NO.:** 10-1023 9  **DATE:** 1/28/10

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Craig Averch | White + Case LLP | Debtors |
| Matthew Brown | White + Case LLP | Debtors |
| Jeffrey Schlerf | Fox Rothschild LLP | Debtors |
| David L. Buchbinder | USDOJ/US | UST |
| Laurie Selber Silverstein | Potter Anderson Corroon LLP | CIBC, as Administrative Agent |
| Marilyn Prenoff | Kaye Scholer LLP | " |
| Sheryl Griffith | " | " |
| Stepi Steven Cashe | " | |

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

# Court Conference

**Calendar Date:** 01/28/2010
**Calendar Time:** 10:00 AM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
## #1

1st Revision 01/28/2010 06:07 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Natural Products Group, LLC | 10-10239 | Hearing | 3322300 | Peg Brickley | 215-462-0953 | Dow Jones & Co. | Interested Party, Dow Jones / LISTEN ONLY |
| | | Natural Products Group, LLC | 10-10239 | Hearing | 3322302 | Michelle Campbell | (310) 871-8436 | Alixpartners, LLC | Debtor, National Products Group / LIVE |