# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| NATURAL PRODUCTS GROUP, LLC, et al.,[1] | Case No. 10-10239 (BLS) |
| Debtors. | Jointly Administered |

## INITIAL MONTHLY OPERATING REPORT

**File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.**

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | Exhibit 1 | See attached |
| Certificates of Insurance | Exhibit 2 | See attached |
| Evidence of Debtor in Possession Bank Accounts | Exhibit 3 | See attached |
| Retainers Paid (Form IR-2) | Exhibit 4 | See attached |

I declare under penalty of perjury (28 U.S.C. § 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____
Signature of Authorized Individual*

February 11, 2010
_____
Date

Mark I. Lehman
_____
Printed Name of Authorized Individual

Chief Financial Officer/Secretary/Treasurer
_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR (4/07)

---

[1] The debtors and debtors in possession in these cases, along with the last four digits of their respective federal tax identification numbers, are Natural Products Group, LLC (9470); Arbonne Intermediate Holdco, Inc. (5363); Levlad Intermediate Holdco, Inc. (5367); Arbonne International, LLC (2250); Levlad, LLC (3496); Arbonne Institute of Research and Development, LLC (2250); Arbonne International Holdings, Inc. (5671); and Arbonne International Distribution, Inc. (5608).

# EXHIBIT 1

## Cash Flow Projections

On January 27, 2010, the Debtors filed a motion seeking, among other things, authority to use cash collateral and to enter into debtor in possession financing [Docket No. 14]. In connection therewith, the Debtors prepared a 13-week cash flow budget (attached to Exhibit K to Exhibit A to the order granting the motion [Docket No. 32]). The 13-week cash flow budget is attached hereto.

Arbonne International, LLC and Leviad, LLC
13 Week Cash Flow Forecast

($ in thousands)

| | 1 01/22/10 Actual | 2 01/29/10 Budget | 3 02/05/10 Budget | 4 02/12/10 Budget | 5 02/19/10 Budget | 6 02/26/10 Budget | 7 03/05/10 Budget | 8 03/12/10 Budget | 9 03/19/10 Budget | 10 03/26/10 Budget | 11 04/02/10 Budget | 12 04/09/10 Budget | 13 04/16/10 Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | | | | |
| Sales Orders/Receipts | $ 6,089 | $ 7,407 | $ 10,850 | $ 7,557 | $ 7,380 | $ 8,424 | $ 12,685 | $ 9,181 | $ 9,181 | $ 9,181 | $ 14,107 | $ 9,106 | $ 9,106 |
| Tax Refund | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Cash Receipts | 6,089 | 7,407 | 10,850 | 7,557 | 7,380 | 8,424 | 12,685 | 9,181 | 9,181 | 9,181 | 14,107 | 9,106 | 9,106 |
| **Cash Disbursements:** | | | | | | | | | | | | | |
| Overrides & Bonuses - Check Issuance | | | | (3,070) | | | | (3,371) | | | | (4,756) | |
| Overrides, ACH Payments | | | | (7,895) | | | | (8,669) | | | | (12,229) | |
| Total Overrides and Bonuses | - | - | - | (10,965) | - | - | - | (12,040) | - | - | - | (16,985) | - |
| **Accounts Payable Check Issuance** | | | | | | | | | | | | | |
| Inventory | (2,179) | (2,142) | (2,431) | (1,730) | (2,330) | (1,816) | (3,009) | (2,614) | (2,104) | (1,894) | (2,894) | (2,394) | (1,994) |
| Freight In/Freight Out | (75) | (877) | (356) | (356) | (456) | (456) | (620) | (620) | (620) | (620) | (586) | (586) | (586) |
| Rent | (255) | (116) | | | | (250) | (200) | | (238) | (250) | (200) | | |
| Utilities | | | (59) | (118) | (118) | (59) | (59) | (59) | (59) | (59) | (59) | (59) | (59) |
| HR/Employee Benefits | (284) | | (155) | (155) | (155) | (155) | (155) | (155) | (155) | (155) | (155) | (155) | (155) |
| Temp/Contractors * | (115) | | (225) | (375) | (365) | (225) | (225) | (225) | (225) | (225) | (225) | (225) | (225) |
| Professional Svc/Consulting | | | (75) | (150) | (150) | (75) | (75) | (75) | (75) | (75) | (75) | (75) | (75) |
| Events | (201) | (51) | | (13) | (74) | (72) | | | (468) | (808) | | | (600) |
| Marketing | (35) | | (272) | (322) | (322) | (272) | (169) | (169) | (169) | (169) | (169) | (169) | (169) |
| IT * | | (26) | (120) | (120) | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (60) |
| Insurance | | (686) | | | | (210) | | | | (210) | | | |
| Other Accounts Payable | (124) | (378) | (439) | (440) | (410) | (424) | (352) | (352) | (352) | (378) | (383) | (417) | (417) |
| Total Accounts Payable | (3,268) | (4,276) | (4,132) | (3,779) | (4,439) | (4,074) | (4,924) | (4,329) | (4,525) | (4,903) | (4,806) | (4,139) | (4,339) |
| Payroll * | (1,672) | | (1,654) | | (1,715) | | (1,731) | | (1,735) | | (1,735) | | (1,735) |
| Sales Tax, Check Issuance | | | | | (682) | | | | (749) | | | | (1,057) |
| Sales Tax, ACH Payments | | (45) | (78) | (77) | (1,437) | (454) | (76) | (76) | (1,570) | (492) | (86) | (111) | (2,219) |
| Total Sale Tax Payments | | (45) | (78) | (77) | (2,119) | (454) | (76) | (76) | (2,319) | (492) | (86) | (111) | (3,276) |
| **Debt Service:** | | | | | | | | | | | | | |
| Fees / Cash Interest Payments | | (831) | | | | | | | | | (229) | | |
| Principal Payments | | - | | | | | | | | | | | |
| Borrowings | | 10,000 | | | | | | | | | | | |
| Total Debt Related Payments | | 9,169 | | | | | | | | | (229) | | |
| Special Payroll Run | (61) | | | | | | | | | | | | |
| Utilities Deposit | | (236) | | | | | | | | | | | |
| Cash Collateral for LCs | | | | | (212) | | | | | | | | |
| Restructuring & Advisory Fees | (754) | (1,353) | | | | | | | | | | | |
| Funding for Foreign Operations | (1,700) | | (5) | (5) | (5) | (255) | (5) | (5) | (3) | (303) | | (3) | (3) |
| Total Disbursements | (7,454) | 3,259 | (5,869) | (14,826) | (8,491) | (4,789) | (6,737) | (16,451) | (8,583) | (5,698) | (6,858) | (21,238) | (9,350) |
| Net Cash Flow | $ (1,365) | $ 10,666 | $ 4,981 | $ (7,270) | $ (1,111) | $ 3,635 | $ 5,948 | $ (7,269) | $ 599 | $ 3,483 | $ 7,248 | $ (12,132) | $ (244) |
| Beginning Book Cash | $ 6,745 | $ 5,380 | $ 16,045 | $ 21,026 | $ 13,757 | $ 12,645 | $ 16,281 | $ 22,229 | $ 14,960 | $ 15,558 | $ 19,041 | $ 26,289 | $ 14,158 |
| Net Cash Flow | (1,365) | 10,666 | 4,981 | (7,270) | (1,111) | 3,635 | 5,948 | (7,269) | 599 | 3,483 | 7,248 | (12,132) | (244) |
| Ending Book Cash Balance | $ 5,380 | $ 16,045 | $ 21,026 | $ 13,757 | $ 12,645 | $ 16,281 | $ 22,229 | $ 14,960 | $ 15,558 | $ 19,041 | $ 26,289 | $ 14,158 | $ 13,914 |

Note:
* Includes expenditures that will be classified as CapEx.

# EXHIBIT 2

## Insurance Certificates

Attached are the Debtors insurance certificates, which list the Office of the United States Trustee as a notice party.

# ACORD CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)** 02/02/2010

| PRODUCER | |
|---|---|
| Marsh Risk & Insurance Services<br>4695 MacArthur Court, Suite 700<br>(949) 399-5800<br>License #0437153<br>Newport Beach, CA 92660<br>410548-01-01-09-10 | THIS CERTIFICATION IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |

| INSURED | INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|---|
| Natural Products Group, LLC<br>Arbonne International, LLC.<br>Levlad LLC<br>9400 Jeronimo Road<br>Suite 900<br>Irvine, CA 92618 | INSURER A: Wausau Business Insurance Co. | 26069 |
| | INSURER B: Wausau Underwriters Ins Co | 26042 |
| | INSURER C: Zurich American Insurance Co | 16535 |
| | INSURER D: Navigators Insurance Company | 42307 |
| | INSURER E: AXIS Insurance Group | 00056 |

1

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | **GENERAL LIABILITY**<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE [X] OCCUR | TBKZ91444232039 | 12/31/2009 | 12/31/2010 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | MED EXP (Any one person) | $ 5,000 |
| G | | | KE1Z91453472019 (Canada) | 12/31/2009 | 12/31/2010 | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | GENERAL AGGREGATE LIMIT APPLIES PER<br>POLICY [ ] PRO-JECT [ ] LOC [X] | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| B | | **AUTOMOBILE LIABILITY**<br>X ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>X HIRED AUTOS<br>X NON-OWNED AUTOS<br>X Comprehensive $1,000 Ded<br>X Collision $1,000 Ded. | ASJZ91444232029 | 12/31/2009 | 12/31/2010 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY**<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN AUTO ONLY: EA ACC | $ |
| | | | | | | AGG | $ |
| D | X | **EXCESS / UMBRELLA LIABILITY**<br>OCCUR [ ] CLAIMS MADE | OC09UMR532010IV | 12/31/2009 | 12/31/2010 | EACH OCCURRENCE | $ 25,000,000 |
| | | | | | | AGGREGATE | $ 25,000,000 |
| F | | DEDUCTIBLE<br>RETENTION $ | 93636923 | 12/31/2009 | 12/31/2010 | Excess of Umbrella | $ 25,000,000 |
| | | | | | | | $ |
| | | | | | | | $ |
| C | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE Y/N<br>OFFICER/MEMBER EXCLUDED? [N]<br>(Mandatory in NH) If yes, describe under SPECIAL PROVISIONS below | WC4883184-00 | 12/31/2009 | 12/31/2010 | X WC STATUTORY LIMITS [ ] OTHER | |
| | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| E | | **OTHER** Property<br>Global Form "All Risk" | MLB74967909 | 12/31/2009 | 12/31/2010 | Policy Limit<br>Deductible | 125,000,000<br>10,000 |
| E | | Personal Property,<br>Business Income, | Canadian Prop | 12/31/2009 | 12/31/2010 | Limit | 6,413,250 |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS

| CERTIFICATE HOLDER | LOS-000979003-02 | CANCELLATION |
|---|---|---|
| Office of the United State Trustee<br>District of Delaware<br>844 King Street #2207<br>Lockbox 35<br>Wilmington, DE 19801 | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL **30** DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE of Marsh Risk & Insurance Services<br>John Graef |

ACORD 25 (2009/01)

© 1998-2009 ACORD CORPORATION. All Rights Reserved
The ACORD name and logo are registered marks of ACORD

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

# DISCLAIMER

This Certificate of Insurance does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

# ADDITIONAL INFORMATION

LOS-000979003-02

DATE (MM/DD/YY)
02/02/2010

**PRODUCER**

Marsh Risk & Insurance Services
4695 MacArthur Court, Suite 700
(949) 399-5800
License #0437153
Newport Beach, CA  92660

410548-01-01-09-10

**INSURED**

Natural Products Group, LLC
Arbonne International, LLC.
Levlad LLC
9400 Jeronimo Road
Suite 900
Irvine, CA  92618

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER F Federal Insurance Company | 20281 |
| INSURER G Liberty Mutual Insurance Company | 23043 |
| INSURER H N/A | N/A |
| INSURER I | |

**TEXT**

Pollution Legal Liability
Carrier:  Chubb Custom Insurance Company
Policy #ESL37312895
Policy Term:  12/31/2009 to 12/31/2010
Limit:  $3,000,000 each incident/ $3,000,000 aggregate

Marine Cargo
Carrier:  Indemnity Insurance Company of North America
Policy #N04933576
Policy Term:  1-1-2010 to 1-1-2011
Limits: $5,000,000

Commercial Crime Coverage
Carrier:  National Union Fire Insurance Company of Pittsburgh, PA
Policy #14547020
Policy Term:  12-31-2009 to 12-31-2010
Limit: $2,000,000
Deductible:  $10,000 single loss

Directors & Officers/Employment Practices Liability/Fiduciary Liability
Carrier:  U.S. Specialty Insurance Company
Policy #14MGU08A18250
Policy Term:  12-31-2008 to 03-01-2010
Limits: $15,000,000  - D&O and EPLI
        $2,000,000 Fiduciary Liability
Deductible:  $0 - Insuring Agreement A -  Non-indemnifiable Loss
        $50,000 Insuring Agreement A - Indemnifiable Loss
        $50,000 - Insuring Agreement B
        $150,000 - EPLI
        $0 - Fiduciary Liability

Foreign Liability Package Policy
Carrier:  Continental Insurance Company
Policy #PST418509155
Policy Term:  12-31-2009 to 12-31-2010
Limits:   International General Liability:
        $1,000,000 Per Occurrence
        $2,000,000 General Aggregate
        $2,000,000 Products/Completed Operations Aggregate
        $1,000,000 Premises Legal Liability
        International Auto
        $1,000,000 excess of local compulsory coverage
        International Voluntary Compensation and Employers Liability
        $1,000,000 Each Accident/Policy Limit
        $100,000 per employee excess repatriation/$250,000 annual aggregate

**CERTIFICATE HOLDER**

Office of the United State Trustee
District of Delaware
844 King Street #2207
Lockbox 35
Wilmington, DE  19801

AUTHORIZED REPRESENTATIVE
of Marsh Risk & Insurance Services
John Graef

# ADDITIONAL INFORMATION

LOS-000979003-02

**DATE (MM/DD/YY)**
02/02/2010

**PRODUCER**

Marsh Risk & Insurance Services
4695 MacArthur Court, Suite 700
(949) 399-5800
License #0437153
Newport Beach, CA 92660
410548-01-01-09-10

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER F Federal Insurance Company | 20281 |
| INSURER G Liberty Mutual Insurance Company | 23043 |
| INSURER H N/A | N/A |
| INSURER I | |
| | |

**INSURED**

Natural Products Group, LLC
Arbonne International, LLC.
Levlad LLC
9400 Jeronimo Road
Suite 900
Irvine, CA 92618

**TEXT**

Cyber Tech Liability
Carrier: Syndicate 2623/623 at Lloyds thru Beazley
Policy #W15LB209PPT
Policy Term: 7-1-2009 to 12-31-2010
Limits:
  Policy Limit: $5,000,000
  Privacy Notification Costs: $250,000
  Regulatory Defense and Penalties: $1,000,000
  Cyber Extortion Limit: $5,000,000
  Retention: $50,000

Special Coverage
Carrier: Great American Insurance Company
Policy #SCI27361041807
Policy Term: 12-31-2007 to 12-31-2010
Limits: $1,000,000 per loss and annual aggregate

**CERTIFICATE HOLDER**

Office of the United State Trustee
District of Delaware
844 King Street #2207
Lockbox 35
Wilmington, DE 19801

AUTHORIZED REPRESENTATIVE
of Marsh Risk & Insurance Services
John Graef

Page 3

## EXHIBIT 3

### Evidence of Debtor in Possession Bank Accounts

Prior to filing chapter 11, the Debtors maintained an integrated cash management system. Upon filing chapter 11, the Debtors filed a motion seeking (i) authority to continue to use their existing (a) cash management system and bank accounts and (b) business forms; (ii) authority to continue postpetition intercompany transactions; and (iii) waiver of investment and deposit requirements (the "Cash Management Motion") [Docket No. 3]. The Court entered an order granting the requested relief on January 28, 2010 [Docket No. 33].

As such, the Debtors have not closed and reopened the numerous bank accounts that comprise the integrated cash management system as "Debtor in Possession" accounts. A list of the Debtors' and their non-Debtor subsidiaries' bank accounts is attached to the Cash Management Motion as Exhibit "A".

# EXHIBIT 4

## Summary of Retainers Paid to Professionals

| Payee | Check/Wire | | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| | Date | Number | | | | |
| AlixPartners, LLP | 11/20/2009 | 190 | Arbonne International, LLC | $100,000 | $100,000 | $0 |
| | 12/16/2009 | 6000578 | Arbonne International, LLC | $100,000 | $0 | $100,000 |
| Fox Rothschild LLP | 1/19/2010 | 336 | Arbonne International, LLC | $25,000 | $25,000 | $0 |
| Kekst and Company | 10/14/2009 | 5022960 | Arbonne International, LLC | $75,000 | $70,486.87 | $4,513.13 |
| | 12/2/2009 | 6000636 | Arbonne International, LLC | $75,000 | $52,277.50 | $22,722.50 |
| | 1/22/2010 | 355 | Arbonne International, LLC | $75,000 | $0 | $75,000 |
| White & Case LLP | 4/30/2009 | 5019598 | Arbonne International, LLC | $250,000 | $250,000 | $0 |
| Fitzpatrick Cella Harper & Scinto | 1/13/2010 | 6001253 | Arbonne International, LLC | $8,000 | $0 | $8,000 |