## Schedule 1 - Guarantors

Levlad Intermediate Holdco, Inc.

Arbonne Intermediate Holdco, Inc.