IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| NATURAL PRODUCTS GROUP, LLC, et al.,[1] | ) ) ) | Case No. 10-10239 (BLS) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) |  |

### *AMENDED* NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 22, 2010 AT 12:30 P.M. (EASTERN TIME)

I. **RESOLVED MATTER:**

1. Debtors' Motion for an Order (I) Authorizing Continued Use of Existing (A) Cash Management System and Bank Accounts and (B) Business Forms; (II) Authorizing Continued Postpetition Intercompany Transactions; and (III) Waiving Investment and Deposit Requirements, filed on January 27, 2010 [Docket No. 3]

   Response Deadline:

   February 17, 2010 at 4:00 p.m.

   Related Documents:

   (a) Affidavit of Mark I. Lehman in Support of First Day Motions and Application filed, January 27, 2010 [Docket No. 17]

   (b) Order (I) Authorizing Continued Use of Existing (A) Cash Management System and Bank Accounts and (B) Business Forms; (II) Authorizing Continued Postpetition Intercompany Transactions; and (III) Waiving Investment and Deposit Requirements, entered on January 28, 2010 [Docket No. 33]

   (c) Notice of Entry of Order (I) Authorizing Continued Use of Existing (A) Cash Management System and Bank Accounts and (B) Business Forms; (II) Authorizing Continued Postpetition Intercompany Transactions; and

---

[1] The debtors and debtors in possession in these cases are Natural Products Group, LLC, Case No. 10-10239 (9470); Arbonne Intermediate Holdco, Inc., Case No. 10-10240 (5363); Levlad Intermediate Holdco, Inc., Case No. 10-10241 (5367); Arbonne International, LLC, Case No. 10-10242 (2250); Levlad, LLC, Case No. 10-10243 (3496); Arbonne Institute of Research and Development, LLC, Case No. 10-10244 (2250); Arbonne International Holdings, Inc., Case No. 10-10245 (5671); and Arbonne International Distribution, Inc., Case No. 10-10246 (5608).

(III) Waiving Investment and Deposit Requirements filed on January 28, 2010 [Docket No. 45]

Response(s) Received:

None.

Status:

No objections have been received and the order entered on January 28, 2010 has become final without further action by the Court.

## II. MATTERS WITH CERTIFICATES OF NO OBJECTION:

2. Application to Employ and Retain Fox Rothschild LLP as Co-Counsel for the Debtors, filed on February 5, 2010 [Docket No. 52]

Response Deadline:

February 16, 2010 at 4:00 p.m.

Related Documents:

(a) Certificate of No Objection Regarding Application to Employ and Retain Fox Rothschild LLP as Co-Counsel for the Debtors, filed on February 18, 2010 [Docket No. 80]

(b) **Order Pursuant to 11 U.S.C. § 327(a) Authorizing Employment and Retention of Fox Rothschild LLP as Co-Counsel for the Debtors, entered on February 19, 2010 [Docket No. 89]**

Response(s) Received:

None.

Status

**An order has been entered. No hearing is necessary.**

3. Agreed Motion to Reject Management Agreement with Harvest Partners, L.P, filed on February 5, 2010 [Docket No. 55]

Response Deadline:

February 16, 2010 at 4:00 p.m.

Related Documents:

(a) Certificate of No Objection Regarding Agreed Motion to Reject Management Agreement with Harvest Parnters, L.P., filed on February 18, 2010 [Docket No. 81]

(b) **Agreed Order Granting Debtors' Motion To Reject Management Agreement With Harvest Partners, L.P., entered on February 19, 2010 [Docket No. 88]**

Response(s) Received:

None.

Status:

**An order has been entered. No hearing is necessary.**

4. Debtors' Motion for Authority to Employ Professionals Used in the Ordinary Course of Business, filed on February 8, 2010 [Docket No. 57]

Response Deadline:

February 16, 2010 at 4:00 p.m.

Related Documents:

(a) Certificate of No Objection Regarding Debtors' Motion for Authority to Employ Professionals Used in the Ordinary Course of Business, filed on February 18, 2010 [Docket No. 82]

(b) **Order Granting Debtors' Motion for Authority to Employ Professionals Used in the Ordinary Course of Business, entered on February 19, 2010 [Docket No. 87]**

Response(s) Received:

None.

Status:

**An order has been entered. No hearing is necessary.**

3

III. **MATTERS WITH CERTIFICATIONS OF COUNSEL:**

5. Debtors' Motion for an Interim and Final Order (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service to the Debtors, (II) Deeming Utility Companies Adequately Assured of Future, Payment and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance, filed on January 27, 2010 [Docket No. 8]

Response Deadline:

February 16, 2010 at 4:00 p.m.

Related Documents:

  (a) Affidavit of Mark I. Lehman in Support of First Day Motions and Applications, filed on January 27, 2010 [Docket No. 17]

  (b) Interim Order (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service to the Debtors, (II) Deeming Utility Companies Adequately Assured of Future, Payment and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance, filed on January 28, 2010 [Docket No. 38]

  (c) Notice of Entry of (I) Interim Order and (II) Final Hearing With Respect to Debtors' Motion For An Interim and Final Order (I) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Service To The Debtors, (II) Deeming Utility Companies Adequately Assured of Future Payment and (III) Establishing Procedures For Determining Requests For Additional Adequate Assurance, filed on January 28, 2010 [Docket No. 46]

  (d) Certification of Counsel Regarding Interim Order (I) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Service to the Debtors, (II) Deeming Utility Companies Adequately Assured of Future, Payment and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance, filed on February 18, 2010 [Docket No. 79]

  (e) **Final Order (I) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Service to the Debtors, (II) Deeming Utility Companies Adequately Assured of Future Payment and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance, entered on February 19, 2010 [Docket No. 92]**

Response(s) Received:

    None.

Status:

    **An order has been entered. No hearing is necessary.**

6. Debtors' Motion for (I) Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Fed. R. Bankr. P. 2002, 4001 and 9014 (A) Authorizing Debtors to Obtain Postpetition Financing (B) Authorizing Debtors to Use Cash Collateral, and (C) Granting Adequate Protection to Prepetition Secured Parties, and (II) Final Hearing Pursuant to Bankruptcy Rules 4001(b), (c) and (d), filed on January 27, 2010 [Docket No. 14]

Response Deadline:

    February 16, 2010 at 4:00 p.m.

Related Documents:

    (a)  Declaration of Henry S. Hsu in Support of the Debtors' Motion for (I) Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Fed. R. Bankr. P. 2002, 4001 and 9014 (A) Authorizing Debtors to Obtain Postpetition Financing (B) Authorizing Debtors to Use Cash Collateral, and (C) Granting Adequate Protection to Prepetition Secured Parties, and (II) Final Hearing Pursuant to Bankruptcy Rules 4001(b), (c) and (d), filed on January 27, 2010 [Docket No. 15]

    (b)  Interim Order Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Fed. R. Bankr. P. 2002, 4001 and 9014 (A) Authorizing Debtors to Obtain Postpetition Financing (b) Authorizing Debtors to Use Cash Collateral, and (c) Granting Adequate Protection to Prepetition Secured Parties, and (II) Final Hearing Pursuant to Bankruptcy Rules 4001(b), (c) and (d), filed on January 28, 2010 [Docket No. 32]

    (c)  Notice of Entry of Interim Order Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Fed. R. Bankr. P. 2002, 4001 and 9014 (A) Authorizing Debtors to Obtain Postpetition Financing (b) Authorizing Debtors to Use Cash Collateral, and (c) Granting Adequate Protection to Prepetition Secured Parties, and (II) Final Hearing Pursuant to Bankruptcy Rules 4001(b), (c) and (d), filed on January 28, 2010 [Docket No. 47]

(d) Certification of Counsel Regarding Final Order Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Fed. R. Bankr. P. 2002, 4001 and 9014 (A) Authorizing Debtors to Obtain Postpetition Financing (b) Authorizing Debtors to Use Cash Collateral, and (c) Granting Adequate Protection to Prepetition Secured Parties, and (II) Final Hearing Pursuant to Bankruptcy Rules 4001(b), (c) and (d), filed on February 18, 2010 [Docket No. 78]

(e) **Final Order Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Postpetition Financing, (II) Authorizing Debtors to Use Cash Collateral, and (III) Granting Adequate Protection to Prepetition Secured Parties, entered on February 19, 2010 [Docket No. 91]**

Response(s) Received:

None.

Status

**An order has been entered. No hearing is necessary.**

7. Debtors' Motion for an Order Establishing Bar Dates for (I) Filing Certain Proofs of Claim; (II) Establishing Ramifications for Failure to Comply Therewith; (III) Approving Proof of Claim System Proof of Claim Form and Bar Date Notice; and (IV) Approving Publication Notice and Publication Procedures, filed on February 5, 2010 [Docket No. 56]

Response Deadline:

February 16, 2010 at 4:00 p.m.

Related Documents:

(a) Certification of Counsel Regarding Order Establishing Bar Dates for (I) Filing Certain Proofs of Claim; (II) Establishing Ramifications for Failure to Comply Therewith; (III) Approving Proof of Claim System Proof of Claim Form and Bar Date Notice; and (IV) Approving Publication Notice and Publication Procedures, filed on February 18, 2010 [Docket No. 77]

6

(b) Order Pursuant to Bankruptcy Rules 2002 And 3003 And Local Rule 3003-1 (I) Establishing Bar Dates for Filing Certain Proofs of Claim; (II) Establishing Ramifications for Failure to Comply Therewith; (III) Approving Electronic Proof of Claim System, Proof of Claim Form and Notice of Bar Date; and (IV) Approving Publication Notice and Publication Procedures, entered on February 19, 2010 [Docket No. 90]

Response(s) Received:

None.

Status:

**An order has been entered. No hearing is necessary.**

IV. **MATTERS GOING FORWARD**

8. Joint Chapter 11 Plan of Reorganization for Natural Products Group, LLC and Its Affiliated Debtors, filed on January 27, 2010 [Docket No. 12]

Response Deadline:

February 16, 2010 at 4:00 p.m.

Related Documents:

(a) Motion of the Debtors for an Order: (I) Scheduling a Combined Hearing to Consider: (A) Approval of the Disclosure Statement, (B) Approval of the Prepetition Solicitation Procedures and Forms of Ballots, and (C) Confirmation of the Prepackaged Plan; (II) Establishing Deadline and Procedures to Object to the Disclosure Statement and Prepackaged Plan; (III) Approving the Form and Manner of Notice of: (A) Commencement of the Chapter 11 Cases and (B) the Combined Hearing; (IV) Directing the Office of the United States Trustee to Not Convene a Meeting of Creditors or Appoint a Statutory Committee; and (V) Granting Related Relief, filed on January 27, 2010 [Docket No. 16]

(b) Affidavit of John S. Franks of AlixPartners, LLP Regarding the Mailing, Voting and Tabulation of Ballots Accepting or Rejecting Prepackaged Joint Chapter 11 Plan of Reorganization for Natural Products Group, LLC and Its Affiliated Debtors, filed on January 27, 2010 [Docket No. 18]

(c) Notice of (I) Commencement of Chapter 11 Cases, (II) Scheduling of Combined Hearing to Approve Adequacy and Disclosure Statement and Prepetition Solicitation Procedures and to Confirm Plan of

7

(d) Notice of Commencement of Chapter 11 Cases, (II) Scheduling of Combined Hearing to Approve Adequacy of Disclosure Statement and Prepetition Solicitation Procedures and to Confirm Plan of Reorganization, (III) Establishment of Objection Deadlines and Procedures, and (IV) Non-Voting Status With Respect to Unimpaired Classes 1, 4, 5 and 7, filed on January 28, 2010 [Docket No. 28]

(e) Notice of (I) Commencement of Chapter 11 Cases, (II) Scheduling of Combined Hearing to Approve Adequacy of Disclosure Statement and Prepetition Solicitation Procedures and to Confirm Plan of Reorganization, (III) Establishment of Objection Deadlines and Procedures, and (IV) Non-Voting Status with Respect to Deemed Rejecting Class 6, filed on January 28, 2010 [Docket No. 29]

(f) Order (I) Scheduling a Combined Hearing to Consider: (A) Approval of the Disclosure Statement, (B) Approval of the Prepetition Solicitation Procedures and Forms of Ballots, and (C) Confirmation of the Prepackaged Plan; (II) Establishing Deadline and Procedures to Object to the Disclosure Statement and Prepackaged Plan; (III) Approving the Form and Manner of Notice of: (A) Commencement of the Chapter 11 Cases and (B) The Combined Hearing; (IV) Directing the Office of the United States Trustee to Not Convene a Meeting of Creditors or Appoint any Statutory Committee; and (V) Granting Related Relief, filed on January 28, 2010 [Docket No. 42]

(g) Affidavit of Publication of Erin Ostenson of The Wall Street Journal, filed on February 12, 2010 [Docket No. 63]

(h) Notice of Filing of Plan Documents, filed February 12, 2010 [Docket No. 65]

(i) **Debtors' Memorandum of Law in Support of (I) Approval of the Disclosure Statement, (II) Approval of the Prepetition Solicitation Procedures and Forms of Ballots, and (III) Confirmation of the Prepackaged Plan, filed on February 18, 2010 [Docket No. 85]**

(j) **Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order (A) Approving the Debtors' Disclosure Statement, Solicitation Procedures and Forms of Ballots, and (B) Confirming the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization, filed on February 18, 2010 [Docket No. 86]**

8

(k) Declaration of Mark I. Lehman in Support of the Joint Chapter 11 Plan of Reorganization for natural Products Group, LLC and its Affiliated Debtors, filed on February 19, 2010 [Docket No. 93]

(l) Declaration of Henry S. Hsu in Support of the Joint Chapter 11 Plan of Reorganization for natural Products Group, LLC and its Affiliated Debtors, filed on February 19, 2010 [Docket No. 94]

Response(s) Received:

None.

Status

This matter will go forward.

9. [Disclosure Statement] Proposal to Restructure, Disclosure Statement and Solicitation of Acceptances of a Prepackaged Plan of Reorganization, filed on January 27, 2010 [Docket No. 13]

Response Deadline:

February 16, 2010 at 4:00 p.m.

Related Documents:

(a) Debtors Motion for Authority to Serve Pleadings and Notices on the Arbonne Independent Consultants by Electronic Mail, filed on January 27, 2010 [Docket No. 6]

(b) Affidavit of John S. Franks of AlixPartners, LLP Regarding the Mailing, Voting and Tabulation of Ballots Accepting or Rejecting Prepackaged Joint Chapter 11 Plan of Reorganization for Natural Products Group, LLC and Its Affiliated Debtors, filed on January 27, 2010 [Docket No. 18]

(c) ·Notice of (I) Commencement of Chapter 11 Cases, (II) Scheduling of Combined Hearing to Approve Adequacy and Disclosure Statement and Prepetition Solicitation Procedures and to Confirm Plan of Reorganization, and (III) Establishment of Objection Deadlines and Procedures, filed on January 28, 2010 [Docket No. 27]

(d) Notice of Commencement of Chapter 11 Cases, (II) Scheduling of Combined Hearing to Approve Adequacy of Disclosure Statement and Prepetition Solicitation Procedures and to Confirm Plan of Reorganization, (III) Establishment of Objection Deadlines and Procedures, and (IV) Non-Voting Status With Respect to Unimpaired Classes 1, 4, 5 and 7, filed on January 28, 2010 [Docket No. 28]

(e) Notice of (I) Commencement of Chapter 11 Cases, (II) Scheduling of Combined Hearing to Approve Adequacy of Disclosure Statement and Prepetition Solicitation Procedures and to Confirm Plan of Reorganization, (III) Establishment of Objection Deadlines and Procedures, and (IV) Non-Voting Status with Respect to Deemed Rejecting Class 6, filed on January 28, 2010 [Docket No. 29]

(f) Order (I) Scheduling a Combined Hearing to Consider: (A) Approval of the Disclosure Statement, (B) Approval of the Prepetition Solicitation Procedures and Forms of Ballots, and (C) Confirmation of the Prepackaged Plan; (II) Establishing Deadline and Procedures to Object to the Disclosure Statement and Prepackaged Plan; (III) Approving the Form and Manner of Notice of: (A) Commencement of the Chapter 11 Cases and (B) The Combined Hearing; (IV) Directing the Office of the United States Trustee to Not Convene a Meeting of Creditors or Appoint any Statutory Committee; and (V) Granting Related Relief, filed on January 28, 2010 [Docket No. 42]

(g) Affidavit of Publication of Erin Ostenson of The Wall Street Journal, filed on February 12, 2010 [Docket No. 63]

(h) **Debtors' Memorandum of Law in Support of (I) Approval of the Disclosure Statement, (II) Approval of the Prepetition Solicitation Procedures and Forms of Ballots, and (III) Confirmation of the Prepackaged Plan, filed on February 18, 2010 [Docket No. 85]**

(i) **Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order (A) Approving the Debtors' Disclosure Statement, Solicitation Procedures and Forms of Ballots, and (B) Confirming the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization, filed on February 18, 2010 [Docket No. 86]**

Response(s) Received:

None.

Status

This matter will go forward.

10. Application to Employ and Retain Blackstone Advisory Partners L.P. as Financial Advisor for the Debtors, filed February 5, 2010 [Docket No. 53]

    Response Deadline:

    February 16, 2010 at 4:00 p.m. The Office of the United States Trustee was granted an extension to respond until February 18, 2010.

    Related Documents:

    (a) **The Acting United States Trustee's Objection to Debtors' Application for Authority to Employ and Retain Blackstone Advisory Partners, L.P. as Financial Advisors for the Debtors Nunc Pro Tunc to the Petition Date and Waiving Certain Requirements of Local Rule 2016-2 (D.E. 53), filed on February 18, 2010 [Docket No. 84]**

    Response(s) Received:

    None at this time.

    Status:

    **This matter will go forward.**

11. Application to Employ White & Case LLP as Attorneys for the Debtors *Nunc Pro Tunc*, filed February 5, 2010 [Docket No. 54]

    Response Deadline:

    February 16, 2010 at 4:00 p.m. The Office of the United States Trustee was granted an extension to respond until February 18, 2010.

    Related Documents:

    (a) **First Supplemental Declaration of Craig H. Averch in Connection with the Employment and Retention of White & Case LLP as Attorneys for the Debtors, filed on February 19, 2010 [Docket No. 95]**

    (b) **Certification of Counsel Regarding Order Authorizing the Employment and Retention of White & Case LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date, filed on February 19, 2010 [Docket No. 97]**

Response(s) Received:

Informal comments from the U.S. Trustee.

Status:

**A certification of counsel has been filed. No hearing is necessary unless the Court directs otherwise.**

Dated: February 19, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
John H. Strock (No. 4965)
Citizens Bank Center, Suite 1600
919 North Market Street
Wilmington, DE 19801
Telephone: (302) 654-7444

– and –

Thomas E Lauria
Craig H. Averch
Matthew C. Brown
WHITE & CASE LLP
Wachovia Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, Florida 33131
Telephone: (305) 371-2700

Proposed Attorneys for the Debtors
and Debtors in Possession