IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NATURAL PRODUCTS GROUP, LLC, et al.,[1] | ) | Case No. 10-10239 (BLS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**POST-CONFIRMATION QUARTERLY SUMMARY REPORT
FOR THE PERIOD APRIL 1, 2010 THROUGH JUNE 30, 2010**

Dated: July 20, 2010
      Wilmington, Delaware

Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
John H. Strock (No. 4965)
**FOX ROTHSCHILD LLP**
Citizens Bank Center, Suite 1600
919 North Market Street
Wilmington, DE 19801
Telephone: (302) 654-7444

– and –

Thomas E Lauria, Esquire
Craig H. Averch, Esquire
Matthew C. Brown, Esquire
**WHITE & CASE LLP**
Wachovia Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, Florida 33131
Telephone: (305) 371-2700

Attorneys to the Reorganized Debtors

---

[1] The debtors and debtors in possession in these cases are Natural Products Group, LLC, Case No. 10-10239 (9470); Arbonne Intermediate Holdco, Inc., Case No. 10-10240 (5363); Levlad Intermediate Holdco, Inc., Case No. 10-10241 (5367); Arbonne International, LLC, Case No. 10-10242 (2250); Levlad, LLC, Case No. 10-10243 (3496); Arbonne Institute of Research and Development, LLC, Case No. 10-10244 (2250); Arbonne International Holdings, Inc., Case No. 10-10245 (5671); and Arbonne International Distribution, Inc., Case No. 10-10246 (5608).

WM1A 959112v1 07/20/10

# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
# POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Natural Products Group, LLC, et al (1) | Bank: | Bank of America and Citibank |
| Bankruptcy Number: | 10-10239 (BLS) | Account Number: | Various |
| Date of Confirmation: | March 5, 2010 | Account Type: | Various |
| Reporting Period (month/year): | Period from April 1, 2010 through June 30, 2010 (2) | | |

Beginning Cash Balance: See Attached Schedule

All receipts received by the debtor:

Cash Sales: $ \_\_\_\_\_

Collection of Accounts Receivable: $ \_\_\_\_\_

Proceeds from Litigation (settlement or otherwise): $ \_\_\_\_\_

Sale of Debtor's Assets: $ \_\_\_\_\_

Capital Infusion pursuant to the Plan: $ \_\_\_\_\_

Total of cash received: $ \_\_\_\_\_

Total of cash available: $ \_\_\_\_\_

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ \_\_\_\_\_

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ \_\_\_\_\_

All other disbursements made in the ordinary course: $ \_\_\_\_\_

Total Disbursements $ \_\_\_\_\_

Ending Cash Balance $ \_\_\_\_\_

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7/6/10
Date

_[signature]_
Mark Lehman, Chief Financial Officer

Debtor: Natural Products Group, LLC, et al

Case Number: 10-10239 (BLS)

(1) Quarterly Report is filed on behalf of all 8 Debtor Entities.

(2) Cases for 7 of the 8 Debtor Entities were closed on April 8, 2010. The stub period amounts are listed for these 7 entities unless otherwise noted.

Attachment 1

**Receipts and Disbursements**

From April 1, 2010 through April 8, 2010; except for NPG (100)
Amounts in USD

| | case closed<br>Arbonne (200) | case closed<br>AIDI (301) | case closed<br>Leviad (600) | open<br>NPG (100) | case closed<br>AIHI (102) | case closed<br>LIHI (602) | case closed<br>AIRD | case closed<br>AIHI (302) | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | |
| Sales Receipts | $5,647,261 | $804,458 | $1,276,016 | $0 | $0 | $0 | $0 | $0 | $7,727,734 |
| Tax Refund | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Cash Receipts | $5,647,261 | $804,458 | $1,276,016 | $0 | $0 | $0 | $0 | $0 | $7,727,734 |
| **Cash Disbursements:** | | | | | | | | | |
| Overrides & Bonuses - Check Issuance | ($2,933,753) | ($698,460) | $0 | $0 | $0 | $0 | $0 | $0 | ($3,632,213) |
| Overrides, ACH Payments | ($9,375,899) | ($1,006,415) | $0 | $0 | $0 | $0 | $0 | $0 | ($10,382,315) |
| Total Overrides and Bonuses | ($12,309,653) | ($1,704,875) | $0 | $0 | $0 | $0 | $0 | $0 | ($14,014,528) |
| Accounts Payable - To Leviad | ($1,001,372) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($1,001,372) |
| Accounts Payable-Check Issuance | ($2,168,115) | ($69,459) | ($2,360,756) | $0 | $0 | $0 | $0 | $0 | ($4,598,330) |
| Other Disbursements by Wires | ($1,431,260) | ($5,810) | $0 | $0 | $0 | $0 | $0 | $0 | ($1,437,070) |
| Less Debt Restructuring & Advisory Fees | $100,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $100,000 |
| Total Accounts Payable | ($4,500,747) | ($75,269) | ($2,360,756) | $0 | $0 | $0 | $0 | $0 | ($6,936,772) |
| Payroll | ($639,274) | $0 | ($90,738) | $0 | $0 | $0 | $0 | $0 | ($730,012) |
| Sales Tax, Check Issuance | $0 | ($303,158) | $0 | $0 | $0 | $0 | $0 | $0 | ($303,158) |
| Sales Tax, ACH Payments | ($14,343) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($14,343) |
| Total Sale Tax Payments | ($14,343) | ($303,158) | $0 | $0 | $0 | $0 | $0 | $0 | ($317,501) |
| **Debt Service:** | | | | | | | | | |
| Cash Interest Payments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Principal Payments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Revolver Borrowings / (Repayments) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Debt Related Payments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Restructuring & Advisory Fees | ($100,000) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($100,000) |
| Total Disbursements | ($17,564,017) | ($2,083,302) | ($2,451,494) | $0 | $0 | $0 | $0 | $0 | ($22,098,813) |
| US Trustee Fees Due | $20,000 | $9,750 | $9,750 | $325 | $325 | $325 | $325 | $325 | $41,125 |
| Case No. | 10-10242 (2250) | 10-10246 (5608) | 10-10243 (3496) | 10-10239 (9470) | 10-10240 (5363) | 10-10241 (5367) | 10-10244 (2250) | 10-10245 (5671) | |

**Attachment 2**

**Balance Sheets**

For the period ending June 30, 2010
Amounts in USD

| | Natural Products Group, LLC | Arbonne Intermediate Holdco, Inc. | Arbonne International, LLC | Arbonne International Distribution, Inc. | Levlad, LLC |
|---|---:|---:|---:|---:|---:|
| | 100 | 102 | 200 | 301 | 600 |
| CASH | | | 30,099,892 | 2,566,398 | 2,975,311 |
| ACCOUNTS RECEIVABLE | 91 | | 257,930 | 15,140 | 5,439,147 |
| INTERCO RECEIVABLES | (0) | | 57,566,499 | 1,868,463 | 5,726,241 |
| INVENTORY | | | 21,522,784 | 3,314,277 | 21,083,681 |
| CURRENT DEF TAX ASSET | | | 0 | | |
| PPD EXP & OTHER CURRENT ASSETS | | | 3,924,701 | 31,311 | 1,427,074 |
| PP&E, NET | | | 19,683,567 | | 3,234,697 |
| DEF DEBT ISSUANCE COSTS | | | 14,404,472 | | 2,335,297 |
| LINE OF CREDIT FEES | | | 961,251 | | |
| GOODWILL | | | 44,460,502 | | |
| INTANGIBLES, NET | | | 16,038,534 | | |
| OTHER ASSETS | 20,123,442 | | 5,801,804 | 47,710 | 11,666,614 |
| ACCOUNTS PAYABLE | | | (6,221,040) | (132,875) | (4,738,137) |
| INTERCO PAYABLES | (301,266) | | (5,179,909) | (1,264,983) | (56,065,788) |
| INTERCO INT PAYABLE | | | 184,947 | | |
| ACCRUED EXPENSES | (91) | | (28,242,490) | (2,573,243) | (1,796,111) |
| ACCRUED INTEREST | | | (10,238,625) | | (1,490,084) |
| INCOME TAX RECEIVABLE | | | 15,441,154 | | 6,751,869 |
| CURRENT PORTION - LT DEBT | | | (4,503,393) | | (733,110) |
| DEFERRED REVENUE | | | (11,258,033) | (1,654,921) | (187,053) |
| LONG TERM NET PIK | | | (128,070,601) | | (20,848,702) |
| LONG TERM PIK | | | (57,386,967) | | (9,342,064) |
| LONG TERM FIRST LIEN | | | (428,638,905) | | (69,817,563) |
| LONG TERM REVOLVER | | | (25,245,417) | | (4,109,719) |
| LT DEBT REVOLVER NEW | | | (18,200,000) | | (1,800,000) |
| INTERCO NOTES PAYABLE | | | 12,479,466 | | |
| DEF INC TAX LIABILITIES | | | 518,232 | | |
| OTHER LT LIABILITIES | | | (23,315) | | |
| MEMBERS CAPITAL | (19,822,175) | 400,552,542 | 479,909,928 | (2,888,074) | 110,288,401 |
| ACCUM OCI | | | (46,966) | 670,796 | |
| Grand Total | (0) | (0) | 0 | 0 | (0) |

The above unaudited Balance Sheets do not reflect all adjustments or include notes and information required for presentation in accordance with generally accepted accounting principles for complete financials statements. Figures are not adjusted for Fresh Start accounting treatment and do not designate liabilities subject to compromise.

| Debtors and debtors in possession | Oracle ID | Notes |
| --- | --- | --- |
| 1 Natural Products Group, LLC | 100 | |
| 2 Arbonne Intermediate Holdco, Inc. | 102 | Case Closed |
| 3 Levlad Intermediate Holdco, Inc. | 602 | Case Closed |
| 4 Arbonne International, LLC | 200 | Case Closed |
| 5 Levlad, LLC | 600 | Case Closed |
| 6 Arbonne Institute of Research and Development, LLC | n/a | Case Closed |
| 7 Arbonne International Holdings, Inc. | 302 | Case Closed |
| 8 Arbonne International Distribution, Inc. | 301 | Case Closed |