ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NATURAL PRODUCTS GROUP, LLC, et al.,[1] | ) | Case No. 10-10239 (BLS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

| | |
|---|---|
| STATE OF CALIFORNIA ) | |
| ) ss: | |
| COUNTY OF ORANGE ) | |

Jonn R. Beeson, being duly sworn, deposes and says:

1. I am a Partner of Jones Day (the "Firm"), which maintains offices at 3161 Michelson Drive, Suite 800, Irvine, California 92612.

2. This Affidavit is submitted in connection with an order of the United States Bankruptcy Court for the District of Delaware, entered on February 19, 2010 (Docket No. 57), authorizing Natural Products Group, LLC ("NPG") and its affiliated debtors and debtors in possession (collectively, the "Debtors") to retain certain professionals in the ordinary course of business ("OCPs") during the pendency of the Debtors' chapter 11 cases (the "Order").

3. Prior to January 27, 2010 when the Debtors filed the petitions that initiated the above-referenced cases (the "Petition Date"), the Firm represented and advised the Debtors as outside legal counsel in connection with certain labor and employment matters. Since the

---

[1] The debtors and debtors in possession in these cases, along with the last four digits of their respective federal tax identification numbers, are Natural Products Group, LLC (9470); Arbonne Intermediate Holdco, Inc. (5363); Levlad Intermediate Holdco, Inc. (5367); Arbonne International, LLC (2250); Levlad, LLC (3496); Arbonne Institute of Research and Development, LLC (2250); Arbonne International Holdings, Inc. (5671); and Arbonne International Distribution, Inc. (5608).

MIAMI 864026 (2K)
IRI-9872v1

Petition Date, the Debtors have requested that the Firm continue to provide such services to the Debtors during the course of these chapter 11 cases, and the Firm has agreed.

4. The Firm, through me, and other partners and associates of the Firm, has provided and/or plans to provide the following services to the Debtors from and after the Petition Date: outside legal counsel in connection with certain labor and employment matters.

5. The Firm's current customary rates, subject to change from time to time, are $300 to $725 per hour. In the normal course of its business, the Firm revises its regular rates on January 1st of each year and requests that, effective January 1st of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

6. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and other applicable law.

7. The Debtors were not indebted to the Firm for prepetition services rendered, the payment of which is subject to limitations contained in the Bankruptcy Code.

8. Neither I, the Firm, nor any partner thereof, has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

9. To the best of my knowledge, information, and belief, formed after due inquiry, neither I, the Firm, nor any partner thereof, has any connection with the Debtors or currently represents any of their creditors, other parties in interest, the United States Trustee or any person employed by the United States Trustee with respect to the matters upon which it is to be engaged, and the Firm does not, by reason of any direct or indirect relationship to, connection with or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates or any class of creditors or equity security holders.

10. The Firm may, now or in the future, provide services to certain creditors of the Debtors or other parties in matters unrelated to the Debtors, but in this regard, the Firm's work for these clients will not include the provision of services on any matters relating to the Debtors' chapter 11 cases.

11. Neither I nor any partner of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

12. If, at any time during the period of its employment, the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

13. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2010

_____
Affiant

STATE OF CALIFORNIA          )
                             )
COUNTY OF ORANGE             )

Subscribed and sworn to (or affirmed) before me on this 5th day of August, 2010, by Jonn R. Beeson, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _____ (Seal)

AMY R. TAYLOR
Commission # 1750337
Notary Public - California
Orange County
My Comm. Expires Jul 8, 2011

ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
| NATURAL PRODUCTS GROUP, LLC, et al.,[1] | ) Case No. 10-10239 (BLS) |
|  | ) Jointly Administered |
| Debtors. | ) |

**FILED 2010 AUG 10 PM 10:09 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE**

## AFFIDAVIT OF INABILITY TO FILE ELECTRONICALLY

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| COUNTY OF ORANGE | ) |

Jonn R. Beeson, being duly sworn, deposes and says:

1. I am a Partner of Jones Day (the "Firm"), which maintains offices at 3161 Michelson Drive, Suite 800, Irvine, California 92612.

2. In the course of attempting to file an Affidavit of Ordinary Course Professional ("Affidavit") in connection with an order of the United States Bankruptcy Court for the District of Delaware, entered on February 19, 2010 (Docket No. 57), the Clerk of the Court advised that, should the Affidavit be the only document I anticipated filing in this matter, I should file same manually. I am not, otherwise, registered for this Court's CM/ECF filing system.

3. I do not anticipate filing any other documents in connection with these Chapter 11 cases.

---

[1] The debtors and debtors in possession in these cases, along with the last four digits of their respective federal tax identification numbers, are Natural Products Group, LLC (9470); Arbonne Intermediate Holdco, Inc. (5363); Levlad Intermediate Holdco, Inc. (5367); Arbonne International, LLC (2250); Levlad, LLC (3496); Arbonne Institute of Research and Development, LLC (2250); Arbonne International Holdings, Inc. (5671); and Arbonne International Distribution, Inc. (5608).

IRI-10195v1

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2010

_____
Affiant

STATE OF CALIFORNIA     )
                        )
COUNTY OF ORANGE        )

Subscribed and sworn to (or affirmed) before me on this 9th day of August, 2010, by Jonn R. Beeson, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _____ (Seal)

AMY R. TAYLOR
Commission # 1780337
Notary Public - California
Orange County
My Comm. Expires Jul 18, 2011